No. 1142. ABEX CORP. ET AL. v. TRUSTEES OF THE PROPERTY OF NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO. ET AL. C. A. 2d Cir. Certiorari denied. *John W. Barnett* for petitioners Abex Corp. et al., and *John F. Hunt, Jr.,* for petitioners Bethlehem Steel Corp. et al. *James Wm. Moore, Joseph W. Bishop, Jr., Joseph Auerbach,* and *Morris Raker* for respondent Smith, Trustee; *Albert X. Bader, Jr.,* for respondent Manufacturers Hanover Trust Co., Trustee, *Joseph Schreiber* and *Wilkie Bushby* for respondent Chase Manhattan Bank, N. A., Trustee, *Lester C. Migdal* and *Lawrence W. Pollack* for respondent New Haven Railroad 4% Bondholders Committee, and *Myron S. Isaacs* for respondent Oscar Gruss & Son.

No. 1156. CHECKER MOTORS CORP. v. CHRYSLER CORP. ET AL. C. A. 2d Cir. Certiorari denied. *Jesse Climenko* and *Herbert B. Lazarus* for petitioner. *Robert Ehrenbard* for respondents.

No. 839. PATE, WARDEN v. PUGH. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. MR. JUSTICE STEWART is of the opinion that certiorari should be granted. *William G. Clark,* Attorney General of Illinois, and *John J. O'Toole* and *Donald J. Veverka,* Assistant Attorneys General, for petitioner. *Stanley A. Bass* and *Sam Adam* for respondent.

No. 1078. CELANESE CORP. v. BRENNER, COMMISSIONER OF PATENTS. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE is of the opinion that certiorari should be granted. *Stephen Rackow Kaye* for petitioner. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus,* and *Morton Hollander* for respondent.